## PRITCHARD vs. SCOTT.

APPEAL from the court of the third district, Before a late
act of Assem-
bly the post
office was not
the judge of said district presiding.

PORTER, J. delivered the opinion of the court. a proper
place of depo
sit for notice
to endorsers.
This is an action against the indorser of a
promissory note. The answer contains a ge-

neral denial of the facts alleged in the petition, and a special averment that the defendant had not been legally notified of the protest. The cause was tried by the judge of the first instance, who being of opinion that legal notice of non-payment had not been given to the indorser, gave judgment in his favor: from that judgment the plaintiff has appealed.

The evidence in the cause shews that the notary deposited in the post-office at Baton Rouge notice of the protest, and that it is an office to which the defendant was in the habit of sending for his letters and papers. The post master swears that he was irregular in doing so, and that some times months elapsed without his calling or sending to the office. The defendant lives at the distance of 22 or 23 miles from the office.

This transaction took place in the year 1823, before the passage of the act of assembly, which made post offices a place of *deposit* for notices of protest. The case therefore is governed, and must be decided, by the rules of commercial law, according to which, this was not a legal notification, as has been frequently decided in this court.

It is therefore ordered, adjudged and de-creed, that the judgment of the district court be affirmed, with costs.

*Eustis* for plaintiff—*Turner & Lawrence* for defendant.